# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FELTON MATTHEWS, | ) | 3:08-CV-0387-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 19, 2009 |
| | ) | |
| NEVADA LEGISLATURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to assign/designate class-action status to 08-CV-00387-LRH (VPC) pending enjoinder (#72). Defendants opposed the motion (#78), and plaintiff replied (#81).

Plaintiff has not met the standard for class certification and he is without authority to litigate on behalf of other prisoners. Fed.R.Civ.P. 23. *See, e.g., Carter v. Taylor*, 540 F.Supp.2d 522, 527 (D.Del. 2008); *Reed v. Bd. of Prison Terms,* No. C 03-2917, 2003 WL 21982471, at *1 (N.D. Cal. Aug. 8, 2003); *see also Russell v. United States*, 308, F.2d 78, 79 (9th Cir. 1962) ("A litigant appearing in propria persona has no authority to represent anyone other than himself."). Therefore, plaintiff's motion to assign/designate class-action status to 08-CV-00387-LRH (VPC) pending enjoinder (#72) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
         Deputy Clerk