UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FELTON MATTHEWS, ) | |
| ) | 3:08-cv-00387-LRH-VPC |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| STATE OF NEVADA LEGISLATURE, et al., ) | |
| ) | |
| Defendants. ) | |

Before the court is Plaintiff's Notice of Appeal of U.S. Magistrate's Ruling to U.S. District Court Judge on Orders Dated: 4-02-09 (#73[1]), which the court will treat as a motion to reconsider Magistrate's Order #69.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#69) will, therefore, be sustained and Plaintiff's motion (#73) is denied.

IT IS SO ORDERED.

DATED this 20th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.