

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FELTON L. MATTHEWS, JR., | ) | 3:08-cv-00387-LRH-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| THE STATE OF NEVADA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#98) filed on July 27, 2009, in which the Magistrate Judge recommends that this court deny plaintiff's "motion for 2nd preliminary injunction due to outrageous conduct of state government: request for transfer due to court interference by state!" (#33). The defendants have opposed (#36) and plaintiff has replied (#51).

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

1

1  **ADOPTS AND ACCEPTS** the report and recommendation of the United States Magistrate Judge (#98). Therefore, plaintiff's "motion for 2nd preliminary injunction due to outrageous conduct of state government: request for transfer due to court interference by state!" (#33) is denied.

It is so **ORDERED**.

DATED: This 22nd day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE