

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FELTON L. MATTHEWS, JR., | ) | 3:08-cv-00387-LRH-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| THE STATE OF NEVADA, et al., | ) | |
| Defendants. | ) | |

The court has considered the report and recommendation of the United States Magistrate Judge (#97) filed on July 27, 2009, in which the Magistrate Judge recommends that this court deny plaintiff's motion for preliminary injunction, or in the alternative, permanent injunction (#21), and plaintiff's motion for leave to amend/supplement the motion for preliminary injunction (#30). The defendants have opposed (#s 41 & 46) and plaintiff has replied (#54).

The court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

1

1    **ADOPTS AND ACCEPTS** the report and recommendation of the United

2 States Magistrate Judge (#97).   Therefore, plaintiff's motion for

3 preliminary injunction, or in the alternative, permanent injunction

4 (#21), and plaintiff's motion for leave to amend/supplement the motion

5 for preliminary injunction (#30) are denied.

6    It is so **ORDERED**.

7    DATED: This 22nd day of September, 2009.

8

9                                 _____
                                 UNITED STATES DISTRICT JUDGE
10

2