

1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8

9  FELTON L. MATTHEWS, JR.,           )        3:08-cv-00387-LRH-RAM
                                      )
10              Plaintiff,            )
                                      )        ORDER
11 vs.                                )
                                      )
12 THE STATE OF NEVADA, et al.,       )
                                      )
13              Defendants.           )
   _____)

14

15      The court has considered the report and recommendation of the

16 United States Magistrate Judge (#96) filed on July 27, 2009, in which

17 the Magistrate Judge recommends that this court grant the defendants

18 Jim Gibbons, Catherine Cortez Masto, Howard Skolnik, Adam Endel, and

19 Joyce Thomson's ("defendants") motion to dismiss (#47).  Plaintiff has

20 opposed (#s 55 & 60), and defendants have replied (#68).  Defendant

21 Jim Gibbons was dismissed from this action pursuant to the court's

22 order (#76) granting the parties stipulation of dismissal.

23      The court has considered the pleadings and memoranda of the

24 parties and other relevant matters of record and has made a review and

25 determination in accordance with the requirements of 28 U.S.C. § 636

26 and applicable case law, and good cause appearing, the court hereby

1     **ADOPTS AND ACCEPTS** the report and recommendation of the United

2 States Magistrate Judge (#96).   Therefore, defendants Jim Gibbons,

3 Catherine  Cortez  Masto,  Howard  Skolnik,  Adam  Endel,  and  Joyce

4 Thomson's ("defendants") motion to dismiss (#47) is **GRANTED,** and

5 claims against defendants Masto, Skolnik, Endel, and Thomson are

6 dismissed with prejudice.

7     It is so **ORDERED**.

8     DATED: This 22nd day of September, 2009.

9

10                           _____

11                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26