UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| FELTON L. MATTHEWS, JR., ) | |
| ) | |
| Plaintiff, ) | 3:08-cv-00387-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| STATE OF NEVADA LEGISLATURE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Before this Court is Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#133[1]) entered on December 29, 2009, recommending granting Defendant English's Motion to Dismiss (#101), filed on July 30, 2009; granting Defendant Curtis's Motion to Dismiss (#103), filed August 5, 2009; granting Defendant Gillespie's Motion to Dismiss (#113), filed August 21, 2009, and denying as moot Plaintiff's Motion for Summary Judgment (#108) filed on August 7, 2009, and Plaintiff's Request to Treat Motion for Summary Judgment as a Cross-Motion for Summary Judgment (#119) filed on August 27, 2009.  Plaintiff filed his Objections to Magistrate's Report and Recommendation (#134) on January 11, 2010; Defendant English filed her Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation (#135) on January 28, 2010; Defendant Gillespie filed his Opposition to Plaintiff's Objections to the Report and Recommendations (#136) on

---

[1] Refers to court's docket number.

January 28, 2010, and Plaintiff filed on February 4, 2010, his reply to Defendant English's response to Plaintiff's objections to the Report and Recommendation (#137) and Judicial Notice Regarding Recent Full Classification at NDOC-ESP Max (#139) on March 1, 2010, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#133) entered on December 29, 2009, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#133) entered on December 29, 2009, is adopted and accepted, and Defendant English's Motion to Dismiss (#101), Defendant Curtis's Motion to Dismiss (#103), and Defendant Gillespie's Motion to Dismiss (#113) are GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (#108) and Plaintiff's request to treat the motion as a cross motion for summary judgment (#119) are DENIED as moot.

IT IS SO ORDERED.

DATED this 30th day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE