UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FELTON L. MATTHEWS, JR., | ) |
| | ) 3:08-cv-00387-LRH-VPC |
| Plaintiff, | ) |
| | ) MINUTE ORDER |
| vs. | ) |
| | ) March 31, 2010 |
| STATE OF NEVADA LEGISLATURE, et al., | ) |
| | ) |
| Defendants. | ) |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Before the court is Plaintiff's Application/Petition for Leave to Appeal the 9th Circuit Court of Appeals from Interlocutory Order or U.S. District Court Nevada Reno 28 U.S.C.A. § 1292(a)(3) or in Alternative, Request for Successive Habeas (#89). Pursuant to Order (#141) entered on March 30, 2010, which granted Defendants' motions to dismiss and denied as moot Plaintiff's motion for summary judgment and cross-motion for summary judgment, Plaintiff's Application/Petition (#89) is denied as moot.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:          /s/
       Deputy Clerk