UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| FELTON L. MATTHEWS, JR., | ) | |
| | ) | 3:08-cv-00387-LRH-VPC |
| Plaintiff, | ) | |
| | ) | <u>MINUTE ORDER</u> |
| vs. | ) | |
| | ) | March 31, 2010 |
| STATE OF NEVADA LEGISLATURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Before the court is Plaintiff's Petition for Leave to File Interlocutory Appeal to the 9th Circuit (#128).  Pursuant to Order (#141) entered on March 30, 2010, which granted Defendants' motions to dismiss and denied as moot Plaintiff's motion for summary judgment and cross-motion for summary judgment, Plaintiff's Petition (#128) is denied as moot.

    IT IS SO ORDERED.

                    LANCE S. WILSON, CLERK

                    By:          /s/
                         Deputy Clerk